UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| In re Lee Holt Judd, | ) | Case No. 06-01888-hb |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |
| Robert F. Anderson, Trustee in Bankruptcy for Lee Holt Judd | ) ) | |
| Plaintiff, | ) | C/A No. 6:08-cv-3034-GRA |
| | ) | |
| | ) | **ORDER** |
| v. | ) | (Written Opinion) |
| Carol A. Simpson, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before this Court regarding Plaintiff's Motion to Withdraw his motion for reconsideration on this Court's previous order to dismiss the above-captioned case. The present motion was filed on December 17, 2009. Defendant filed no objections to Plaintiff's motion. After a review of Plaintiff's motion and the record, this Court determines that a withdrawal is appropriate.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Withdraw is GRANTED.

IT IS SO ORDERED.

G. Ross Anderson, Jr.
Senior United States District Judge

January   12  , 2010
Anderson, South Carolina

Page 1 of 1